UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

HAILEY GEREN                                                                     PLAINTIFF

v.                                  No. 2:20-CV-02246

DR. SHANE F. LASTER, P.A.
doing business as Laster Eye Center                               DEFENDANT

## JUDGMENT

Pursuant to the opinion and order entered in this case on this date, Plaintiff's claims are DISMISSED WITH PREJUDICE.

IT IS SO ADJUDGED this 18th day of November, 2021.

                                                           /s/ P. K. Holmes, III
                                                           P.K. HOLMES, III
                                                           U.S. DISTRICT JUDGE